PROB 12C
(6/16)

Report Date: April 24, 2023

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Manuel Valero | Case Number: 0980 2:23CR00006-MKD-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮  Spokane, Washington 99205 | |

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 19, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | | |
| Original Sentence: | Prison - 84 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | June 21, 2022 |
| Defense Attorney: | Federal Public Defenders | Date Supervision Expires: | June 20, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On October 31, 2022, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 7, by failing to notify the probation officer within 72 hours of his change in employment.<br><br>On April 19, 2023, this officer contacted Mr. Valero's last known employer, Express Employment Professionals, in an effort to locate him. The employer advised that the |

Prob12C
Re: Valero, John Manuel
April 24, 2023
Page 2

        offender has not worked at the company since March 12, 2023.  Mr. Valero failed to notify the probation officer within 72 hours of the change in his employment status.

2      **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

       **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to contact the probation officer as directed.  Further, he failed to report for a scheduled appointment on April 24, 2023.

       This officer has attempted to contact the offender multiple times via telephone, email, and text message since April 14, 2023.  He has failed to respond.

       On April 19, 2023, this officer attempted to contact Mr. Valero at his last known residence.  The probation officer spoke to the offender's roommate who advised that Mr. Valero went to Montana approximately 1 week prior.  He stated that Mr. Valero still had some belongings at the residence, however, he was unaware of when he was planning to return.

       On April 21, 2023, this officer sent an email, text message, and left a voicemail for the offender instructing him to report to the U.S. Probation Office on April 24, 2023.  He failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 24, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

4/24/2023

Date