PROB 12C
(6/16)

Report Date: July 21, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 21, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Manuel Valero    Case Number: 0980 2:23CR00006-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Brian Morris, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 19, 2017

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| Original Sentence: | Prison - 84 months  TSR - 48 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | June 21, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | June 20, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/24/2023.

On October 31, 2022, the offender's conditions were reviewed with the him by a probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the federal judicial district where he was authorized to reside without receiving permission from the Court or probation officer on or about June 19, 2023. |
| | On June 19, 2023, Mr. Valero was arrested in the Southern District of California on his outstanding federal warrant. He did not receive permission from the Court or the probation officer to leave the Eastern District of Washington. |

Prob12C
Re: Valero, John Manuel
July 21, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 21, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

7/21/2023

Date